UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BALAMURUGAN SELVARAJAN

    Plaintiff and Counter-Defendant,

    vs.

ALKHEME LIMITED and BRENNAN MULLIGAN,

    Defendants and Counter-Claimants.

CASE NO. C 11-06148 JCS

STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

WHEREAS, the parties have entered into a Settlement Agreement dated May 15, 2012; the parties agree, consent, and stipulate as follows:

1. It is hereby stipulated by and between the parties through their respective counsel that this entire action, including the Complaint and Counterclaim, be dismissed with prejudice.

2. Each party agrees to bear all its own costs and attorneys' fees in this matter.

3. All the parties hereby jointly request that the Court dismiss the entire action, with prejudice, as requested herein.

Dated: May 25, 2012    By: /s/ Lee Hagelshaw
Lee Hagelshaw
Attorney for Plaintiff/Counter-Defendant
BALAMURUGAN SELVARAJAN

Dated: 6/11, 2012    By: /s/ Garet O'Keefe
Garet O'Keefe
O'Keefe & O'Keefe, LLP
Attorneys for Defendants/Counter-Claimants
ALKHEME LIMITED and
BRENNAN MULLIGAN

ORDER FOR DISMISSAL OF CASE WITH PREJUDICE

Pursuant to stipulation of the parties that this action be dismissed in its entirety, with prejudice, IT IS SO ORDERED.

Dated: June 18, 2012

Hon. Joseph C. Spero
Magistrate Judge
United States District Court
Northern District of California